No. 95–9061. FULLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–9064. GAITHER ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1729. FORREST, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ET AL. v. BLANCHARD ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–8059. MINETTI v. LOCAL 9, INTERNATIONAL LONG-SHOREMEN AND WAREHOUSEMEN UNION, ET AL., 517 U. S. 1170;
No. 95–8073. DALE v. CHAMPION, WARDEN, 517 U. S. 1170;
No. 95–8094. KORNAHRENS v. MOORE, DIRECTOR, SOUTH CAR-OLINA DEPARTMENT OF CORRECTIONS, ET AL., 517 U. S. 1171;
No. 95–8101. OLSEN v. SABAL MARKETING, INC., ET AL., 517 U. S. 1171;
No. 95–8148. IDEMUDIA v. CONSOLIDATED RAIL CORPORATION, 517 U. S. 1172;
No. 95–8330. MCCAULEY v. WINEGARDEN, JUDGE, SUPERIOR COURT OF GEORGIA, GWINNETT COUNTY, ET AL., 517 U. S. 1149; and
No. 95–8633. IN RE DAY, 517 U. S. 1186. Petitions for rehearing denied.

JUNE 18, 1996

No. A–1014 (95–1608). MCKENNA, DIRECTOR, RAMSEY COUNTY DEPARTMENT OF PROPERTY RECORDS AND REVENUE, ET AL. v. TWIN CITIES AREA NEW PARTY. C. A. 8th Cir. [Certiorari granted, 517 U. S. 1219.] Application for stay, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

JUNE 20, 1996

No. 95–797. OWENS-ILLINOIS, INC. v. REKDAHL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari dismissed under this Court's Rule 46.